## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ALYSSA NOBRIGA et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOPPROMO INC. d/b/a ULTRABAR, <br><br> Defendant. | Civil Action No. 1:22-cv-1401 |

### NOTICE OF APPEARANCE

Please have the Clerk of Court enter the appearance of Stefan M. Palys, Joseph Doukmetzian, and Lewis Brisbois Bisgaard & Smith, LLP as counsel for Defendant Toppromo, Inc., d/b/a ULTRABAR.

Respectfully Submitted,

*/s/ Stefan Palys*
Stefan M. Palys (DC Bar No. 1765785)
Joseph Doukmetzian (DC Bar No. 144608)
LEWIS BRISBOIS BISGAARD & SMITH LLP
2112 Pennsylvania Avenue NW, Suite 500
Washington, DC 20037
202.558.0655
202.558.0654 (fax)
Stefan.Palys@lewisbrisbois.com
Joseph.Doukmetzian@lewisbrisbois.com
*Attorneys for Defendant Toppromo Inc. d/b/a/ ULTRABAR*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 1st day of August, 2022, a copy of the foregoing *Notice of Appearance* was sent via CM/ECF, to:

Timothy D. Fisher (DC Bar No. 501796)
WHARTON, LEVIN, EHRMANTRAUT & KLEIN
10300 Eaton Place, Suite 301
Fairfax, Virginia 22030
Phone: (703) 591-9700
Fax: (703) 591-0023
Email: tdf@wlekn.com
*Local Counsel for Plaintiff*

John V. Golaszewski*
THE CASAS LAW FIRM, P.C.
1740 Broadway, 15th Floor
New York, New York
Phone: (646) 872-3178 ·
Fax: (855) 220-9626
john@talentrights.law
**Pro Hac Vice Application Forthcoming*

　　　　　　　　　　　　　　　　　　　　　*/s/ Stefan Palys*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Stefan Palys